UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES )
)
) Case No. 04-1744-CBS
)
v. )
)
NEIL LECLAIR )

I, MARK LEWIS, DECLARE THAT AN ARREST WARRANT FOR NEIL LECLAIR WAS ISSUED BY THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

ON 5/27/04, I ARRESTED NEIL LECLAIR PURSUANT TO THAT OUTSTANDING WARRANT

_____
MARK LEWIS
DUSM
D. MASSACHUSETTS

5-27-04
DATE

Attest: [signature]
US Magistrate Judge
Dist. of MA.