AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED
IN CLERKS OFFICE

2004 JUN -1 A 11: 06

SOUTHERN DISTRICT OF FLORIDA

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.

NEIL LECLAIR, et al.
Defendants.

## WARRANT FOR ARREST

CASE NUMBER: 04-20312CR-MARTINEZ/KLEIN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Neil Leclair___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to import MDMA,

in violation of Title ___21___ United States Code, Section(s) ___963___

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

Signature of Issuing Officer

5/18/04
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  05/19/04
60 NW Main St. Douglas, MA 01516

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05/26/04 | Mark Lewis, Deputy U.S. Marshal | |
| DATE OF ARREST 05/27/04 | | |

This form was electronically produced by Elite Federal Forms, Inc.